UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD EICHMANN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-05-574 |
| | § | |
| JO ANNE B BARNHART, | § | |
| | § | |
| Defendant. | § | |

### ORDER DENYING AS MOOT MOTION FOR LEAVE
### TO FILE LATE OBJECTIONS

Plaintiff's motion for leave to file late objections (D.E. 13) is denied as moot. The memorandum and recommendation was docketed on June 30, 2006. When computing the ten-day period for filing objections, Saturdays, Sundays, and legal holidays are not included. Fed. R. Civ. P. 6(a). Because of the July 4 holiday and the intervening weekends, the objections were not due until July 17, 2006. Plaintiff's objections were timely filed.

ORDERED this 17th day of July, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE